No. 93–8819 (A–877). STEWART *v.* FLORIDA. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins*, 510 U. S. 1141, 1143 (1994), I would grant the application for stay of execution and the petition for certiorari and would vacate the death sentence in this case.

APRIL 22, 1994

No. 93–1016. SNEAD ET AL. *v.* REDLAND AGGREGATES LTD. ET AL. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.1.

APRIL 25, 1994

No. 93–8555. CRAMER *v.* LECUREUX, WARDEN. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 93–764. MIDWEST MARINE CONTRACTOR, INC. *v.* RUFOLO ET AL. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McDermott, Inc.* v. *AmClyde, ante,* p. 202, and *Boca Grande Club, Inc.* v. *Florida Power & Light Co., ante,* p. 222.